UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Debtor(s)
Gregory A Robinson, Sr.
Valerie D. Robinson
dba Real Pro Rehabilitation Specialists
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Chapter 13 Case #   09-19117-JNF

**Motion of the Debtors, Gregory A. Robinson, Sr. and Valerie D. Robinson,
to File 4th Amended Chapter 13 Plan**

Now come the Debtors, Gregory A. Robinson, Sr. and Valerie D. Robinson, to file 4th Amended Chapter 13 Plan.

WHEREFORE, the Debtors pray this Honorable Court allow them to file their 4th Amended Chapter 13 Plan.

July 8, 2010

Respectfully Submitted by
Counsel for Debtors

/s/ Joseph P. Foley
Joseph P. Foley, Esq.
98 North Washington Street
Suite 104
Boston, Massachusetts  02114
(617) 437-7774
BBO# 173560

8/11/2010  No objections filed.  Motion allowed.