IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | * * * * | CHAPTER 13 |
| GREGORY ROBINSON and VALERIE ROBINSON, DEBTOR(S) | * * * * | CASE NO.:  09-19117 |

## MOTION FOR DETERMINATION OF
## FINAL CURE AND PAYMENT

Now come the Debtors, Gregory and Valerie Robinson, thorough undersigned counsel, and respectfully request a Determination of Final Cure and Payment, relative to the Chapter 13 Trustee's Notice of Final Cure Payment.  As grounds therefore, the Debtors dispute the amount set forth in the Statement in Response of Notice of Final Cure Payment filed by claim holder, The Bank of New York Mellon, on or about February 5, 2015.

        Respectfully Submitted,
        For the Debtors,
        By their attorney,


  /s/ ***Douglas C. Dufault, Jr.***
Douglas C. Dufault, Jr., Esq. (#561295)
250 East Main Street, Suite #4
Norton, Massachusetts  02766
(508) 285-6000
dcdjr@dufaultlawoffices.com


Dated:  February 25, 2015

## CERTIFICATE OF SERVICE

I, Douglas C. Dufault, Jr., hereby certify that on this date I caused to be served a copy of foregoing Motion for Determination of Final Cure and Payment by first class mail and/or by CM/ECF electronic filing upon the following parties/counsel of record:

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA  02114


John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

BAC Home Loans Servicing, LP
2270 Lakeside Boulevard
Mail Stop: R-A-3-118
Richardson, TX 75082

Joseph M. Dolben, Esquire
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886


          /s/ *Douglas C. Dufault, Jr.*
          Douglas C. Dufault, Jr., Esq. (#561295)


Dated:  February 25, 2015